July 09, 2004

Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701-3520

Mr. Daniel Jordan
Jordan Quinn & Carmona, P.C.
1221 S. Mopac Expressway, Suite 300
Austin, TX 78746-7548
Mr. E. Thomas Bishop
Bishop & Hummert, P.C.
5910 N. Central Expwy, Suite 1600
Dallas, TX 75206

Mr. Thomas D. Caudle
Mateer & Shaffer, L.L.P.
325 N. St. Paul Street, Suite 1300
Dallas, TX 75201

RE: Case Number: 02-0090
 Court of Appeals Number: 03-01-00045-CV
 Trial Court Number: 98-14026

Style: UTICA NATIONAL INSURANCE COMPANY OF TEXAS
 v.
 AMERICAN INDEMNITY COMPANY AND TEXAS PROPERTY & CASUALTY INSURANCE
 GUARANTY ASSOCIATION

Dear Counsel:

 Today the Supreme Court of Texas withdraws the June 26, 2003, opinion
and substitutes the following opinions and judgment in the above referenced
cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |
| |Mr. Fred A. Simpson |